# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RUTH WHITE, AGENT FOR MARY I. WHITE, | CASE NO. 5:17-cv-1531 |
| Plaintiff, | Judge John R. Adams |
| v. | |
| SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA, | **DISMISSAL ENTRY** |
| Defendant. | |

By agreement of the parties of this action, and for good cause shown, the above-captioned matter is hereby settled and dismissed with prejudice. Each party to bear its own costs.

IT IS SO ORDERED.

/s/ John R. Adams
Judge John R. Adams

Approved by:

/s/ Mark Pirozzi
Mark Pirozzi, Esq. (0005561
Mark Pirozzi LLC
3560 W. Market Street, Suite 305 A-B
Fairlawn, Ohio 44333
Phone: 234-525-6444
Fax: 330-247-1223
Email: mark.pirozzi@pirrozilaw.com

***ATTORNEY FOR PLAINTIFF***

/s/ Jason P. Walker
Jason P. Walker, Esq. (0079535)
William Scott Lavelle, Esq. (0015132)
Smith, Rolfes & Skavdahl Co., L.P.A.
41 South High Street, Suite 2300
Columbus, Ohio 43215
Phone: 614-469-7130
Fax: 614-469-7146
Email: jwalker@smithrolfes.com
slavelle@smithrolfes.com

***ATTORNEYS FOR DEFENDANT***